```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF TEXAS
                        FORT WORTH DIVISION
```

SHERRY ANDRADE                §
                              §
VS.                           §   CIVIL ACTION NO.4:11-CV-318-Y
                              §
MICHAEL J. ASTRUE,            §
Commissioner of               §
Social Security               §

### ORDER ADOPTING MAGISTRATE JUDGE'S
### FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On February 13, 2012, the magistrate judge issued his findings, conclusions, and recommendation ("findings") in this case. In his findings, the magistrate judge recommends that the Court affirm the decision of the commissioner of the Social Security Administration denying the plaintiff's claims for disability-insurance benefits and supplemental-security-income benefits under Titles II and XVI of the Social Security Act.

After careful review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of the Court for the reasons stated therein. Accordingly, the commissioner's decision is AFFIRMED.

SIGNED April 2, 2012.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE